| | |
|---|---|
| *Attorney Name, Address, Phone, Fax, & Email*<br><br>*Blake Goodman, Attorney at Law*<br>*Pioneer Plaza, Suite 910*<br>*900 Fort Street Mall*<br>*Honolulu, HI 96813*<br>*Phone (808) 528-4274*<br>*Fax (808) 518-2945*<br>*Email: goodmanoffice@debtfreehawaii.com* | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813<br><br>hib_3004-1 ( 1 2 /09) |
| Debtor: Troy Halona Keoho | Case No.:23-00434 |
| Joint Debtor:<br>(if any) | Chapter: 13 |

### NOTICE OF CLAIM FILED ON BEHALF OF CREDITOR
[Attach a copy of the proof of claim to this notice and serve on creditor.]

TO: [Name and address of creditor]:
Hawaii Community Fcu
POB 747
Kealakeka, HI 96750

NOTICE IS HEREBY GIVEN that a proof of claim on your behalf has been filed by the debtor or the trustee in this case.

**Under Local Bankruptcy Rule 3004-1, you may file an amended proof of claim which supersedes the amount, type of claim, or other information stated in the proof of claim filed on your behalf. Such an amended proof of claim must be filed not later than 30 days after the date of service of this notice.**

        Deadline to File
        Amended Proof of Claim:  **October 11, 2023**

An amended proof of claim may be filed with the court at the address below and should also be mailed to the name and address in the upper left corner of this document.

    United States Bankruptcy Court
    District of Hawaii
    1132 Bishop Street, Suite 250
    Honolulu, HI 96813

If you mail an amended proof of claim to the court for filing, you must mail it early enough so the court will receive it on or before the date noted above.

Dated: 08/30/2023            /s/ _____Blake Goodman_____.-
                                             Debtor / Attorney / Trustee